■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY L. CHERRY, Appellant. [25 NYS3d 915]—Appeal from a judgment of the County Court of Ulster County (Williams, J.), rendered March 11, 2014, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the fourth degree.

Defendant waived indictment and pleaded guilty to criminal

possession of a controlled substance in the fourth degree as charged in a superior court information, which satisfied other drug-related felony charges and Vehicle and Traffic Law violations. Pursuant to the plea agreement, defendant waived his right to appeal during the plea allocution and signed a written appeal waiver in open court that counsel indicated he had reviewed with him. Defendant admitted his predicate felony conviction and County Court imposed the agreed-upon prison sentence of five years followed by three years of postrelease supervision. This appeal followed.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, we agree. Accordingly, the judgment of conviction is affirmed and leave to withdraw is granted (see *People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, P.J., McCarthy, Garry and Rose, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.